IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13PO3000 |
| | ) | VIOLATION NO. CC10 2737454 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| JOVANA K. AGUIRRE, | ) | ORDER TO REMIT |
| | ) | SPECIAL ASSESSMENT |
| | ) | |
| Defendant. | ) | |

On the Court's own motion, and without objection by the government:

IT IS ORDERED:

1) The special assessment of $10.00 currently due in this case is remitted. The defendant is paid in full.

2) The clerk shall forward a copy of this Order to the Central Violations Bureau.

December 5, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge